DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STATE OF FLORIDA, DEPARTMENT OF LEGAL AFFAIRS, OFFICE OF THE ATTORNEY GENERAL, ATTORNEY GENERAL ASHLEY MOODY,**
on behalf of **TNESHA DANIEL,**
Appellants,

v.

**RIVERBEND CONDOMINIUM ASSOCIATION, INC.,**
Appellee.

No. 4D2023-0014

[March 21, 2024]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Gary L. Sweet, Judge; L.T. Case No. 18-CA-1230.

Carrol Y. Cherry Eaton, Senior Assistant Attorney General, Office of the Attorney General, Office of Civil Rights, Orlando, for appellants.

Scott A. Cole and Francesca M. Stein of Cole, Scott & Kissane, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

MAY, FORST and KUNTZ, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***